# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

DAVID WINSTON JACOBS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1824

———————————————

October 17, 2025

Appeal from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Blair Allen, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, SLEET, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.